### 7477.   DRISKELL *v.* THE STATE.

HODGES, J. The plaintiff in error was indicted for the offense of assault with intent to murder, and found guilty of assault and battery. The evidence in behalf of the State sustains the finding of the jury, and the evidence in behalf of the defendant justifies him. No error of law is complained of, and this court will not grant a new trial upon the ground that the verdict is contrary to law and the evidence.

*Judgment affirmed.*

DECIDED JUNE 23, 1916.

Conviction of assault and battery; from Jasper superior court —Judge Park. April 18, 1916.

*Eugene M. Baynes,* for plaintiff in error.

*Joseph E. Pottle, solicitor-general,* contra.

---

### 7501.   GATLIN *v.* THE STATE.

HODGES, J. The evidence in behalf of the State establishing the guilt of the accused of violating the "labor-contract law," and the defendant, in his statement, denying his guilt, this court will not set aside the verdict upon the ground that the verdict is contrary to the law and evidence.            *Judgment affirmed.*

DECIDED JUNE 23, 1916.

Accusation of misdemeanor; from city court of Dublin—Judge Hicks. April 17, 1916.

*Camp & Twitty,* for plaintiff in error.

*S. P. New, solicitor,* contra.